BASS CONSTRUCTION COMPANY, Respondent, v. CONNERS BROS. Co., INC., Defendant, Impleaded with MASSACHUSETTS BONDING AND INSURANCE COMPANY and Another, Appellants.— Order reversed and motion to open default granted upon condition that defendants, appellants, within ten days after service of a copy of the order to be entered on this decision pay to plaintiff the sum of $8,169.05, the amount demanded in the first cause of action set forth in the complaint, with interest from the date of entry of the judgment; also the costs of plaintiff as taxed, with a counsel fee of $250, and stipulate that the action may be placed upon the day calendar for trial for the first Monday of May, 1921, and that defendants will be ready for trial when reached; otherwise, order affirmed, with ten dollars costs and disbursements.   Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.   Settle order upon notice.

BE-EM-EF, INCORPORATED, Respondent, v. No. 64 ALBANY AVENUE COMPANY, INC., Appellant.— Judgment modified so as to strike therefrom all allowance of costs, and as so modified the judgment and orders are unanimously affirmed, without costs, upon the ground that the complaint was so equivocal in its terms that the defendant was excused for construing it as insisting upon the requirement of a written consent from defendant, and that, therefore, the defendant should not have been penalized with costs, with leave, however, to defendant within twenty days to withdraw its demurrer and serve an answer on payment of costs.   Mills, Rich, Putnam, Kelly and Jaycox, JJ., concur.

EMMA BENACH, Appellant, v. MORRIS BENACH, Respondent.— Order modified by allowing plaintiff fifty dollars counsel fee, with leave to plaintiff to apply at the trial for a further allowance if the husband defends; ten dollars costs and disbursements of the appeal to plaintiff.   As modified, order affirmed.   Appeal from order denying motion for reargument dismissed, without costs.   No opinion.   Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concur.

BERKSHIRE ICE COMPANY, INC., Respondent, v. JULIUS WEINBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

ANGELO CANTONE, as Administrator, etc., of JOSEPH CANTONE, Deceased, Respondent, v. WALKER D. HINES, as Director-General of Railroads, Appellant.— Order reversed, on authority of Bold v. Cushing (184 App. Div. 956), and verdict reinstated, with costs.   No opinion.   Mills, Putnam, Blackmar and Kelly, JJ., concur; Rich, J., not voting.

CHARLES A. COLE, Respondent, v. WYKAGYL HOMES, INCORPORATED, Defendant, Impleaded with WYKAGYL HOLDING COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.